UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Ronuk R. Genge**                                         **Docket No. 5:15-CR-22-1FL**
**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Sr. U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ronuk R. Genge, who, upon an earlier plea of guilty to Activities Relating To Material Constituting Or Containing Child Pornography, was sentenced by the Honorable Beverly B. Martin, District Court Judge for the Northern District of Georgia on September 7, 2005, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

4. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Ronuk R. Genge was released from custody on August 29, 2014, at which time the term of supervised release commenced in the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently on supervised release as a result of Interstate Transportation of Child Pornography. Mr. Genge and this officer agree that the proposed modifications of supervision will help him be successful while completing his term of supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones) which, in the discretion of the U.S. Probation Officer, may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

**Ronuk R. Genge**
**Docket No. 5:15-CR-22-1FL**
**Petition For Action**
**Page 2**

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

3. The defendant shall not associate or have verbal, written, telephonic, or electronic communications with any person under the age of eighteen (18), except: (1) in the presence of the parent or legal guardian of said minor; (2) on the condition that the defendant notifies the parent or legal guardian of the defendant's conviction or prior history; and (3) with specific, written approval from the U.S. Probation Officer. This provision does not encompass persons under the age of eighteen with whom the defendant must deal in order to obtain ordinary and usual commercial services (e.g., waiters, cashiers, ticket vendors, etc.).

4. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

5. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Maurice J. Foy |
| Jeffrey L. Keller | Maurice J. Foy |
| Supervising U.S. Probation Officer | Sr. U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8678 |
| | Executed On: January 22, 2015 |

### ORDER OF THE COURT

Considered and ordered this __23rd__ day of __January__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
District Court Judge